JOHNSON & WEAVER, LLP
Frank J. Johnson, Esq. (SBN 174882)
FrankJ@johnsonandweaver.com
Phong L. Tran, Esq. (SBN 204961)
PhongT@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA  92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

Attorneys for Plaintiff
ERIK SAVINI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK SAVINI, Derivatively on Behalf of ACADIA PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ULI HACKSELL; STEPHEN R. DAVIS; ROGER MILLS; STEPHEN R. BIGGAR; MICHAEL BORER; LAURA BREGE; MARY ANN GRAY; LESLIE L. IVERSEN; LESTER J. KAPLAN; TORSTEN RASMUSSEN; WILLIAM M. WELLS,<br><br>Defendants,<br><br>-and-<br><br>Acadia Pharmaceuticals Inc.,<br><br>Nominal Defendant. | Case No.:  16-cv-2572-BTM-DHB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a); Case No.: 16-cv-2572-BTM-DHB

1    Plaintiff, Erik Savini ("Plaintiff"), through his undersigned counsel of
2 record, states as follows:
3    WHEREAS, the above-captioned action was filed in this District on
4 October 14, 2016 ("Action"), and is brought derivatively on behalf of ACADIA
5 Pharmaceuticals Inc. ("ACADIA");
6    WHEREAS, on October 27, 2016, the Action was transferred to this Court
7 pursuant to the low-number rule (Doc. No. 3);
8    WHEREAS, the Action alleges breaches of fiduciary duties, unjust
9 enrichment, and corporate waste against certain current and former officers and
10 directors of ACADIA;
11    WHEREAS, Defendants have neither answered the complaint nor moved
12 for summary judgment;
13    WHEREAS, following careful consideration, Plaintiff has elected to
14 voluntarily dismiss this Action without prejudice. Counsel for Plaintiff and
15 Defendants have met and conferred concerning this Action, and agree that all
16 parties will bear their own costs and fees upon Plaintiff's voluntary dismissal of
17 this Action without prejudice. No payment has been made, nor will one be
18 made, to Plaintiff or his attorneys for this dismissal; and
19    WHEREAS, under Federal Rule of Civil of Procedure 41(a)(1)(A)(i),
20 Plaintiff is entitled to dismiss this Action by filing "a notice of dismissal before
21 the opposing party serves either an answer or a motion for summary
22 judgment . . . ."

27 ///
28 ///

THEREFORE, Plaintiff, through his undersigned counsel, hereby requests the Court enter an order dismissing this Action without prejudice, with all parties to bear their own costs and fees.

Dated: October 31, 2016         Respectfully submitted,

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
PHONG L. TRAN

By: *s/Frank J. Johnson*
FRANK J. JOHNSON

600 West Broadway, Suite 1540
San Diego, CA  92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
FrankJ@johnsonandweaver.com
PhongT@johnsonandweaver.com

Attorneys for Plaintiff
ERIK SAVINI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. LR 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2016, at San Diego, California.

*s/ Frank J. Johnson*
FRANK J. JOHNSON